UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE: )
LIN, Htain ) CASE NO. 10-32772-HCD-7
KYU, Myint )
        Debtors )
)
)
)
)

## ORDER FOR ABANDONMENT OF REAL ESTATE AND FOR RELIEF FROM STAY

At South Bend, Indiana, on July 26, 2010.

Comes now, U. S. Bank N.A., ("Applicant"), by counsel, having filed its Application for Abandonment of Real Estate and for Relief From Stay, and the Court, having examined said application and being duly advised in the premises and no objections to said application having been filed, now finds that said application should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the real estate of the debtors located in Allen County, Indiana, more particularly described as follows:

LOT NO. 326 ON THE PLAT OF SECTION II, HILLCREST, AN ADDITION TO THE CITY OF FORT WAYNE, INDIANA, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 22, PAGES 79 AND 80, IN THE OFFICE OF THE RECORDER OF ALLEN COUNTY, INDIANA.

Commonly known **313 Corwin Lane, Fort Wayne, IN 46816** is hereby abandoned by the Court as being burdensome to this estate and the automatic stay is lifted as to said real estate.

                                              Harry C. Dees, Jr., Judge   DM01
                                              United States Bankruptcy Court